UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| CARLOS T. WHITEHEAD, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-1249 NAB |
| | ) | |
| BOARD OF POLICE COMMISSIONERS ST. LOUIS METROPOLITAN POLICE DEPARTMENT, et al., | ) ) ) ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

Plaintiff, a prisoner, seeks leave to proceed in forma pauperis in this civil rights action under 42 U.S.C. § 1983. He has submitted a copy of his prison account statement, which shows that his average monthly balance for the past six months was $20,401.84. He can afford to pay the $400.00 filing fee. The motion is denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis is **DENIED**. [ECF No. 2]

**IT IS FURTHER ORDERED** that the plaintiff must pay the full filing fee of $400 within twenty-one (21) days of the date of this Order. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding.

**IT IS FURTHER ORDERED** that if plaintiff does not timely pay the filing fee, the Court will dismiss this action without prejudice.

Dated this 12th day of August, 2016.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE